JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation.<br><br>Plaintiff,<br><br>v.<br><br>DOWNEAST OUTFITTERS, INC. d/b/a DOWNEAST BASICS, a Utah corporation,<br><br>Defendant. | Case No.: 12 CIV 08726 (JAK) (CWX)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Whereas, Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") and RCRV, Inc., d/b/a Rock Revival ("RCRV"), on the one hand, and Defendant Downeast Outfitters, Inc. d/b/a Downeast Basics ("Downeast"), on the other hand, have stipulated to the entry of judgment and a permanent injunction, as set forth in their concurrently filed Stipulation for Entry of Consent Judgment and Permanent Injunction.

After having reviewed and considered the parties' Stipulation, this Court finds that it has jurisdiction over the subject matter of this action and over the Parties, and venue in this action is proper in this judicial district.

WHEREAS, Sweet People is the owner of federally registered and/or common law trademarks for certain designs it uses on and in connection with its MISS ME line of jeanswear products, including a Fabric Cut Out Design appearing on the rear waistband and pockets of its jeanswear products (the "FABRIC CUT OUT DESIGN Trademark"), copies of the registration certificate for and photograph of the FABRIC CUT OUT DESIGN Trademark being attached hereto as Exhibit A; and

WHEREAS, RCRV is the owner of federally registered and/or common law trademarks for certain designs it uses on and in connection with its ROCK REVIVAL line of jeanswear products, including an Inverted Fleur-de-lis Design embroidered onto the rear pocket of its jeanswear products (the "INVERTED FLEUR-DE-LIS DESIGN Trademark"), copies of the registration certificate for and photograph of the INVERTED FLEUR-DE-LIS DESIGN Trademark being attached hereto as Exhibit B; and

WHEREAS, Sweet People and RCRV filed a Complaint against Downeast in the United States District Court for the Central District of California, in an action captioned *Sweet People Apparel, Inc. d/b/a Miss Me, et al. v. Downeast Outfitters, Inc., d/b/a Downeast Basics*, No. 12-Civ-08726 (C.D. Cal.) (JAK) (CWx) (the "Civil Action"), seeking injunctive relief and damages for alleged acts of trademark counterfeiting, trademark infringement, false designation of origin, and unfair

1  competition, arising out of Downeast's alleged creation, design, manufacture,
2  purchase, importation, distribution, promotion, advertising, marketing, offer for sale
3  and/or sale of certain jeanswear products bearing designs that Sweet People and
4  RCRV allege infringe their rights in and to the FABRIC CUT OUT DESIGN
5  Trademark and the INVERTED FLEUR-DE-LIS DESIGN Trademark, including the
6  designs appearing on Downeast jeanswear products sold under the style names Red
7  Carpet, Chart Topper, Amplify Crop and New Bling Boot (the "Accused Designs"),
8  copies of photographs of the Accused Designs being attached hereto as Exhibit C.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Downeast and its agents, affiliates, divisions, parents, subsidiaries, related companies, and all natural or legal persons acting on their behalf, or in active concert with any of them, shall be PERMANENTLY ENJOINED and RESTRAINED from the date of this Consent Judgment and Permanent Injunction from causing to be done, by any means, method, or device whatsoever, or by any person or persons whomsoever, the following acts:

   (a) creating, designing, manufacturing, importing, exporting, distributing, supplying, advertising, marketing, promoting, purchasing, offering for sale or selling any jeanswear products bearing any of the Accused Designs; and

   (b) creating, designing, manufacturing, importing, exporting, distributing, supplying, advertising, marketing, promoting, purchasing, offering for sale or selling any jeanswear products that contain any design that is confusingly similar to Sweet People's FABRIC CUT OUT DESIGN Trademark; and

   (c) creating, designing, manufacturing, importing, exporting, distributing, supplying, advertising, marketing, promoting, purchasing, offering for sale or selling any jeanswear products that contain any design that is confusingly similar to RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark.

2. The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Consent Judgment and Permanent Injunction by way of

contempt motion or otherwise, and is enforceable against the Parties' affiliates, subsidiaries, parents, related companies, successors and assigns to the extent permitted by law.

3. The parties waive any right to appeal this Consent Judgment and Permanent Injunction.

4. The parties shall bear their own costs and attorneys' fees related to this action.

DATED: January 4, 2013

_____
JOHN A. KRONSTADT
United States District Judge

Submitted By:
ARNOLD & PORTER LLP

By:_____
    James S. Blackburn
    Eric D. Mason
    777 South Figueroa St., 44th Floor
    Los Angeles, CA 90017
    Telephone: 213-243-4000
    Facsimile: 213-243-4199

*Counsel for Plaintiffs*

# **EXHIBIT A**

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,065,486
Registered Dec. 6, 2011
Int. Cl.: 25

**TRADEMARK**

**PRINCIPAL REGISTER**

SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2005; IN COMMERCE 9-29-2005.

OWNER OF U.S. REG. NO. 3,494,338.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE SHAPES OF THE POCKETS OR THE POCKET FLAPS, OR THE STITCHING APPEARING ON THE POCKETS OR THE POCKET FLAPS, WHICH ARE INCLUDED ONLY TO SHOW THE PLACEMENT OF THE MARK ON THE GOODS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A FABRIC CUT OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUTOUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SEC. 2(F).

SER. NO. 85-041,242, FILED 5-18-2010.

SUZANNE BLANE, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office



# **EXHIBIT B**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,581,968**  RCRV, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
**Registered Feb. 24, 2009**  LOS ANGELES, CA 90058

**Corrected Nov. 29, 2011**  FOR: JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**Int. Cl.: 25**  FIRST USE 11-23-2005; IN COMMERCE 3-17-2006.

THE MARK CONSISTS OF A STYLIZED REPRESENTATION OF A FLEUR-DE-LYS.
**TRADEMARK**

SER. NO. 77-551,925, FILED P.R. 8-20-2008; AM. S.R. 12-15-2008.
**SUPPLEMENTAL REGISTER**



Director of the United States Patent and Trademark Office



# **<u>EXHIBIT C</u>**







