JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation.<br><br>                    Plaintiff,<br><br>       v.<br><br>DOWNEAST OUTFITTERS, INC. d/b/a DOWNEAST BASICS, a Utah corporation,<br><br>                    Defendant. | Case No.: 12 CIV 08726 (JAK) (CWX)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me and RCRV, Inc. d/b/a Rock Revival, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss, with prejudice, all claims asserted in the above entitled action against Defendant Downeast Outfitters, Inc. d/b/a Downeast Basics.

IT IS SO ORDERED.

DATED: January 4, 2013

_____
JOHN A. KRONSTADT
United States District Judge

Submitted By:
ARNOLD & PORTER LLP

By:_____
    James S. Blackburn
    Eric D. Mason
    777 South Figueroa St., 44th Floor
    Los Angeles, CA 90017
    Telephone: 213-243-4000
    Facsimile: 213-243-4199

*Counsel for Plaintiffs*