JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation.<br><br>                    Plaintiff,<br><br>     v.<br><br>DOWNEAST OUTFITTERS, INC. d/b/a DOWNEAST BASICS, a Utah corporation,<br><br>                    Defendant. | Case No.: 12 CIV 08726 (JAK) (CWX)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

1  Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me and RCRV, Inc. d/b/a Rock
2  Revival, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby
3  voluntarily dismiss, with prejudice, all claims asserted in the above entitled action
4  against Defendant Downeast Outfitters, Inc. d/b/a Downeast Basics.

6  IT IS SO ORDERED.

8  DATED: January 4, 2013
   _____
   JOHN A. KRONSTADT
   United States District Judge

Submitted By:
ARNOLD & PORTER LLP

By:_____
    James S. Blackburn
    Eric D. Mason
    777 South Figueroa St., 44th Floor
    Los Angeles, CA 90017
    Telephone:  213-243-4000
    Facsimile:  213-243-4199

    *Counsel for Plaintiffs*

2